United States District Court
Southern District of Texas
**ENTERED**
March 14, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| GREGORIO GARCIA. III,<br>"Plaintiff," § § § | |
| v. § | Civil Action No. 1:22-cv-00108 |
| B. RODRIGUEZ, *et al.*,<br>"Defendants." § § § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court are these pleadings: Plaintiff Gregorio Garcia, III's "Complaint for Violation of Civil Rights" (Dkt. No. 1) and the "Magistrate Judge's Report and Recommendation" ("R&R") (Dkt. No. 33). The R&R recommends this Court (1) dismiss with prejudice Plaintiff's claims for failure to prosecute pursuant to Fed. R. Civ. P. 41(b); and (2) direct the Clerk of Court to close this case.

No objections were filed by either party. When no objections are filed to a magistrate judge's ruling, the district court applies the "clearly erroneous, abuse of discretion and contrary to law" standard of review. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, abuse of discretion, or finding contrary to law, the R&R is **ADOPTED**.

Plaintiff's claims are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **ORDERED** to close this case.

Signed on this 14th day of March, 2023.

Rolando Olvera
United States District Judge